IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JERRY K. PRITCHETT, | § | |
| | § | |
| Defendant Below, | § | No. 7, 2023 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| ROBERT MAY, WARDEN, | § | C.A. No. N22M-12-031 |
| J.T.V.C.C., | § | Cr. ID No. 2007013515(N) |
| | § | |
| Appellee. | § | |

Submitted: March 27, 2023
Decided: April 3, 2023

## **ORDER**

On January 9, 2023, the appellant filed a notice of appeal from a Superior Court order denying his petition for a writ of habeas corpus, and the Court issued a briefing schedule. The appellant's opening brief was due by February 24, 2023. On February 27, 2023, Court staff sent a brief delinquency letter to the appellant. On March 3, 2023, the Senior Court Clerk issued a notice, sent by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief. On March 15, 2023, the Court received the certified mail receipt indicating that the notice to show cause had been delivered. The appellant having failed to respond to the notice to show cause within the required ten-day period, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2)

and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice